COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00096-CR

Style:        Johnathan Ross Nickerson

       **v** The State of Texas

Date motion filed[*]:        June 10, 2014

Type of motion:        Amended second motion to extend time to file appellant's brief

Party filing motion:        Appellant

Document to be filed:        Appellant's brief

Is appeal accelerated?        No

If motion to extend time:

     Original due date:        March 24, 2014

     Number of prior extensions:        1        Current Due date: May 23, 2014

     Date Requested:        August 25, 2014

Ordered that motion is:

     ☑      Granted in part

         If document is to be filed, document due: July 25, 2014

         ☑     The Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     **Appellant's brief is due by July 25, 2014. No further extensions will be granted.**
     **Unless appellant's brief is filed by July 25, 2014, this case will be abated for a**
     **hearing pursuant to Texas Rule of Appellate Procedure 38.8(b).**

Judge's signature: /s/ Chief Justice Sherry Radack

         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: June 24, 2014

November 7, 2008 Revision